RECEIVED

JAN 2 6 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

ELIZABETH VOYNOW

VERSUS

TAKEDA PHARMACEUTICAL COMPANY
LIMITED, ET AL

MISC. CASE NO. 17-mc-00002

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve Settlement of Elizabeth Voynow,
as Special Administrator and Derivative Claimant for the estate of Gary Voynow is hereby
GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is
hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _26_ day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE